UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL WALL, | CASE NO. C17-446 MJP |
| Plaintiff, | ORDER ON MOTION TO REVISE CASE SCHEDULE |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The Court, having received and reviewed the Stipulation to Continue Trial Date (Dkt. No. 16), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance and/or

The motion provides no suitable explanation as to why the existing case schedule deadlines were not met. Therefore,

IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated: March 15, 2018.

Marsha J. Pechman
United States District Judge