|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DANIEL WALL and CARI WALL, | CASE NO. C17-446 MJP |
| --- | --- |
| Plaintiffs, | ORDER ON REQUEST TO CONTINUE TRIAL DATE |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The Court has received and reviewed the parties' Amended Stipulation to Continue Trial Date. (Dkt. No. 32.) For the reasons cited below, the Court does not find good cause show for the requested continuance and DENIES the request.

In the first place, the planned 30(b)(6) deposition can be conducted in advance of the current trial date and the fact that this final piece of discovery would take place after the discovery cutoff is not good cause to continue the trial date.

In the second place, the current trial date was requested by parties nearly a year ago. (*See* Dkt. No. 7, Joint Status Report.) The Court can only assume that the speaking engagement

which is creating a conflict for defense counsel was scheduled after the setting of this trial date; as such, it does not qualify as the kind of unavoidable life event which creates grounds for a continuance.

Accordingly, the request to amend the current case schedule is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated: April 19, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge